IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEAN VOLKES, | Civil No. 3:21-cv-58 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN ERIC BRADLEY, | |
| Respondent | |

### ORDER

**AND NOW**, this 26th day of July, 2021, upon consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2. Petitioner's motion (Doc. 10) to amend is **GRANTED** and the amended document (Doc. 11) is accepted as filed.

3. The motion (Doc. 4) to appoint class counsel and for class certification is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge